# United States Bankruptcy Court
## District of Puerto Rico

**IN RE:**

Case No. **07-3622** _____

**ROSA CABALLERO, HECTOR L** _____

Chapter **13** _____

Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **9/07/2007**
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | **250.00** | x | **2** | = $ | **500.00** |
| $ | **300.00** | x | **58** | = $ | **17,400.00** |
| $ | | x | | = $ | |
| $ | | x | | = $ | |
| $ | | x | | = $ | |

TOTAL: $ **17,900.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:

_____
_____

☐ Other: _____

_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ _____ **17,900.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ _____ **2,600.00**

Signed: **/s/ HECTOR L ROSA CABALLERO**
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:

| Cr. | Cr. | Cr. |
|---|---|---|
| # | # | # |
| $ | $ | $ |

2. ☐ Trustee pays IN FULL Secured Claims:

| Cr. | Cr. | Cr. |
|---|---|---|
| # | # | # |
| $ | $ | $ |

3. ☐ Trustee pays VALUE OF COLLATERAL:

| Cr. | Cr. | Cr. |
|---|---|---|
| # | # | # |
| $ | $ | $ |

4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**AEELA**
5. ☐ Other: _____

_____
6. ☐ Debtor otherwise maintains regular payments directly to:

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____

| Cr. | Cr. | Cr. |
|---|---|---|
| # | # | # |
| $ | $ | $ |

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**DEBTOR CONSENTS THE RELIEF FROM THE AUTOMATIC STAY IN FAVOR OF CREDITOR FIRSTBANK THE COLLATERAL IS IN POSSESSION OF DEBTOR COUSIN MR. ANGEL MANUEL CARTAGENA. LOCATION: BO. RIOS SECTOR TOME CARR. 1 KM 2.2 GUAYNABO, PR**

Attorney for Debtor **Jaime Rodriguez Law Office, PSC Jaime Rodriguez-Perez** _____ Phone: **(787) 797-4174** _____

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**ROSA CABALLERO, HECTOR L**
HC Box 10137
Guaynabo, PR  00971

**Jaime Rodriquez Law Office, PSC**
Jaime Rodriquez-Perez
Atrium Plaza Apt 28 225 Calle Oliver
San Juan, PR  00918

**AEELA**
PO BOX 364508
SAN JUAN, PR  00936-4508

**BANCO SANTANDER**
PO BOX 191080
SAN JUAN, PR  00919-1080

**CITIBANK BUSINESS BANKING LOAN**
201 W. LEXINGTON DRIVE- MS 0412
GLENDALE, CA  91203

**CITIFINANCIAL**
AMERICO MIRANDA NO 30
San Juan, PR  00921

**FIA CARD SERVICES**
PO BOX 15726
WILMINGTON, DE  19886-5726

**FIRST BANK**
PO BOX 13817
SAN JUAN, PR  00908-3800

**LUZ E. LUNA**
SANTIAGO IGLESIA
1767 CALLE MANUEL OCASIO
SAN JUAN, PR  00921-4135